AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| GALE EREKSON, on behalf of herself and all others similarly situated <br> *Plaintiff* <br> v. <br> CLARKSON & HALE, LLC <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No.    3:18-cv-00032-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ the plaintiff, Gale Erekson, take nothing of the defendant, Clarkson & Hale, LLC, on the first cause of action to the extent it is founded on the July 24, 2017 letters and, this action is dismissed with prejudice as to the first cause of action to that extent.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having heard and granted in part the defendant's motion to dismiss.

Date:   October 10, 2018                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                s/Charles L. Bruorton
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*